**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

**IN RE:** Case No. _____

**Motel Tropical Inc.** _____ Chapter **11** _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **February 9, 2016** _____    Signature: */s/ Manuel M Babilonia* _____
                                                         **Manuel M Babilonia, President**                                    Debtor

Date: _____    Signature: _____
                                                                                                    Joint Debtor, if any

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
BANCO POPULAR
PO BOX 70100
SAN JUAN, PR   00936-8100


CFSE
PO Box 336
Aguadilla, PR   00605-0336


Dept. del Traabajo & Recursos Humanos
PO BOX 1020
San Juan, PR   00919-1020


internal revenue service
PO Box 219690
Kansas City, MO   64121-9690


Puerto Rico Treasury Dept
Po Box 9024140
San Juan, PR   00902-4140


Tourism Company
PO Box 9024000
San Juan, PR   00902-4000
```

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number *(if known)* _____ |

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Motel Tropical Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
66-0563070

**4. Debtor's address**

Principal place of business  
**110 HM7 Blvd**  
**# 2**  
**Isabela, PR 00662**  
Number, Street, City, State & ZIP Code

**Isabela**  
County

Mailing address, if different from principal place of business

_____  
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership
- ☐ Other. Specify: _____

Debtor **Motel Tropical Inc.**     Case number (*if known*) _____
     Name

---

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:
    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor __Motel Tropical Inc._____ Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in** *this district?* | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor __Motel Tropical Inc.__ _____ Case number (*if known*)_____
      Name

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signature** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 9, 2016**
              MM / DD / YYYY

X **/s/ Manuel M Babilonia**                   **Manuel M Babilonia**
Signature of authorized representative of debtor        Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Isabel Fullana**                   Date **February 9, 2016**
Signature of attorney for debtor                  MM / DD / YYYY

**Isabel Fullana**
Printed name

**Garcia- Arregui & Fullana PSC**
Firm name

**PO Box 11579**
**San Juan, PR 00910-2679**
Number, Street, City, State & ZIP Code

Contact phone **(787) 766-2530**      Email address **isabelfullana@gmail.com**

**7955**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Motel Tropical Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BANCO POPULAR PO BOX 70100 SAN JUAN, PR 00936-8100 | BANCO POPULAR | Bank loan | | | | $9,696.15 |
| CFSE PO Box 336 Aguadilla, PR 00605-0336 | Oficina Regional de Aguadilla | Trade debt | | | | $2,302.00 |
| Dept. del Traabajo & Recursos Humanos PO BOX 1020 San Juan, PR 00919-1020 | Negociado de Seguridad en el Empleo | Trade debt | | | | $25,219.89 |
| internal revenue service PO Box 219690 Kansas City, MO 64121-9690 | Luis Rivera | | | $84,873.58 | $0.00 | $84,873.58 |
| Puerto Rico Treasury Dept Po Box 9024140 San Juan, PR 00902-4140 | Puerto Rico Treasury Dept | | | | | $20,154.05 |
| Tourism Company PO Box 9024000 San Juan, PR 00902-4000 | | Trade debt | | | | $74,749.50 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico, San Juan Division

In re  **Motel Tropical Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ |
   | Prior to the filing of this statement I have received | $ |
   | Balance Due | $ |

   ■ **RETAINER**

   | | |
   |---|---|
   | For legal services, I have agreed to accept and received a retainer of | $ **7,500.00** |
   | The undersigned shall bill against the retainer at an hourly rate of | $ **250.00** |

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **filing fee were paid in addition to the retainier**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **representing Debtor in State Court proceedings**

In re **Motel Tropical Inc.** Case No. _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February 9, 2016** | **/s/ Isabel Fullana** |
| *Date* | **Isabel Fullana** |
| | *Signature of Attorney* |
| | **Garcia- Arregui & Fullana PSC** |
| | **PO Box 11579** |
| | **San Juan, PR 00910-2679** |
| | **(787) 766-2530   Fax: (787) 756-7800** |
| | **isabelfullana@gmail.com** |
| | *Name of law firm* |