**Fill in this information to identify the case:**

Debtor name  **Motel Tropical Inc.**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)  **3:16-bk-966**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Cooperativa San Rafael Apartado 1531 QUebradillas PR 00678** | **checking account** | **6053** | **unknown** |
| 3.2. | **Banco Popular** | **checking account ( operations)** | **9680** | **unknown** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                          **$0.00**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. Does the debtor have any accounts receivable?

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:      Investments**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Motel Tropical Inc.** | Case number *(If known)* | **3:16-bk-966** |
|---|---|---|---|
| | Name | | |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** equipment and room furnishing used in the operation of the business.  See Attached Exhibit A | **$95,372.00** | depreciated cost | **$95,372.00** |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$95,372.00** |
|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Debtor | **Motel Tropical Inc.** | Case number *(if known)* **3:16-bk-966** |
|---|---|---|
| | Name | |

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Motel Tropical Inc.**
Name

Case number *(If known)*  **3:16-bk-966**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $95,372.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $95,372.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $95,372.00 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

# MOTEL TROPICAL,INC.
## FIXED ASSETS
## JANUARY 13, 2016

*ANEJO A*

| Descripción del activo | Fecha de la Compra | Cantidad pagada | Valor actual | Saldo Actual del Préstamo | Cantidad Pago Mensual | Valor Neto (Menos Préstamo) |
|---|---|---|---|---|---|---|
| Power Generator | 2001 | $ 22,000 | $ 2,000 | N/A | N/A | $ 2,000 |
| 38 Televisiones | 2012 | 11,400 | 1,900 | N/A | N/A | 1,900 |
| 32 Radios | 2012 | 5,700 | 760 | N/A | N/A | 760 |
| 4 Neveras | 2005 | 3,000 | 400 | N/A | N/A | 400 |
| 38 Camas y Matress | 2001 | 11,400 | 1,800 | N/A | N/A | 1,800 |
| 5 Calentadores Solares | 2008 | 15,000 | 2,500 | N/A | N/A | 2,500 |
| 38 Portones | 2001 | 22,800 | 3,800 | N/A | N/A | 3,800 |
| 2 Secadoras 35 lbs. | 2008 | 8,000 | 2,400 | N/A | N/A | 2,400 |
| 1 Secadoras 50 lbs. | 2008 | 4,000 | 2,400 | N/A | N/A | 2,400 |
| 2 Lavadoras Maytac 50 lbs. | 2008 | 8,000 | 800 | N/A | N/A | 800 |
| Acevedo Solar Systems | 2015 | 2,110 | 2,100 | N/A | 2,113 | 2,100 |
| Master Rerigeration | 2012 | 45,000 | 5,000 | N/A | N/A | 5,000 |
| Aires Acondicionados Nuevos | 2015 | 7,800 | 7,800 | N/A | N/A | 7,800 |
| Mejoras Techos | 2015 | 12,000 | 12,000 | N/A | N/A | 12,000 |
| Computadoras | 2012 | 2,000 | 800 | N/A | N/A | 800 |
| Camaras de Seguridad | 2012 | 3,600 | 2,100 | N/A | N/A | 2,100 |
| Carros de gulf (3) | 2010 | 9,000 | 2,000 | N/A | N/A | 2,000 |
| Sabana y fundas | 2014 | 400 | 200 | N/A | N/A | 200 |
| Escritorios (2) | 2014 | 600 | 150 | N/A | N/A | 150 |
| Fotocopiadora (1) | 2013 | 250 | 75 | N/A | N/A | 75 |
| Letrero (1) | 2012 | 5,000 | 1,500 | N/A | N/A | 1,500 |
| Mejoras de Arrendamiento | 2000 | 150,000 | 45,000 | N/A | N/A | 45,000 |
| | | $ 349,060 | $ 97,485 | | $ 2,113 | $ 95,372 |

## ATTACHMENT 5B
## CASH REGISTER - PAYROLL ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | MOTEL TROPICAL, INC. | Case Number: | 160966 |
| Reporting Period beginning | 1/11/206 | Period ending | 2/11/2016 |
| NAME OF BANK: | N/A | BRANCH: | |
| ACCOUNT NAME: | | | |
| ACCOUNT NUMBER: | | | |
| PURPOSE OF ACCOUNT: | PAYROLL | | |

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| Nov. 2015 | Cash | Acevedo Alfredo | Payroll | $ 904.00 |
| Nov. 2015 | Cash | Barreto José | Payroll | 723.20 |
| Nov. 2015 | Cash | Muñoz Noel | Payroll | 904.00 |
| Nov. 2015 | Cash | Cabán José | Payroll | 858.80 |
| Nov. 2015 | Cash | Ortiz Beatriz | Payroll | 180.80 |
| Nov. 2015 | Cash | Pérez Lizandra | Payroll | 180.80 |
| Nov. 2015 | Cash | Ríos Anabelle | Payroll | 180.80 |
| Nov. 2015 | Cash | Rivera Yohansen | Payroll | 180.80 |
| Nov. 2015 | Cash | Moisés González | Payroll | 180.80 |
| | | | | |
| Dic. 2015 | Cash | Acevedo Alfredo | Payroll | $ 1,430.00 |
| Dic. 2015 | Cash | Barreto José | Payroll | 1,204.00 |
| Dic. 2015 | Cash | Muñoz Noel | Payroll | 1,430.00 |
| Dic. 2015 | Cash | Cabán José | Payroll | 1,073.50 |
| Dic. 2015 | Cash | Ortiz Beatriz | Payroll | 226.00 |
| Dic. 2015 | Cash | Pérez Lizandra | Payroll | 226.00 |
| Dic. 2015 | Cash | Ríos Anabelle | Payroll | 226.00 |
| Dic. 2015 | Cash | Rivera Yohansen | Payroll | 226.00 |
| Dic. 2015 | Cash | Moisés González | Payroll | 226.00 |
| | | | | |
| January 2016 | Cash | Acevedo Alfredo | Payroll | $ 1,130.00 |
| January 2016 | Cash | Barreto José | Payroll | 904.00 |
| January 2016 | Cash | Muñoz Noel | Payroll | 1,130.00 |
| January 2016 | Cash | Cabán José | Payroll | 1,073.50 |
| January 2016 | Cash | Ortiz Beatriz | Payroll | 226.00 |
| January 2016 | Cash | Pérez Lizandra | Payroll | 226.00 |
| January 2016 | Cash | Ríos Anabelle | Payroll | 226.00 |
| January 2016 | Cash | Rivera Yohansen | Payroll | 226.00 |
| January 2016 | Cash | Moisés González | Payroll | 226.00 |

**TOTAL**  $ 15,929.00

**Motel Tropical Inc.**
**Check Register 90 days**
**October 7,2015- January 13, 2016**

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
| 10/7/2015 | 392 | Manuel González | Rent Motel | $ 3,000.00 |
| 10/27/2015 | 394 | Municipio de Isabela | Patent | 956.42 |
| 10/19/2015 | 89005821620 | Triple S Vida | Insurance | 18.90 |
| 10/19/2015 | 92006384192 | Departamento de Hacienda | Ivu Estatal | 59.00 |
| 10/19/2015 | 92006394032 | Cofim | Ivu Municipal | 5.60 |
| 10/28/2015 | 1008913038 | First Medical Plan | Medical Plan | 269.00 |
| 11/11/2015 | 16 | Manuel González | Rent | 3,000.00 |
| 10/31/2015 | 571 | Cooperativa Isabela | Payments(Loans/ Credit Cards) | 533.81 |
| 10/29/2015 | 574 | Rockiebach Ojeda Law(F. Bank) | First Bank Payments  (Loan) | 1,000.00 |
| 10/29/2015 | 575 | Banco Popular de P.R. | BPPR Payments (Loan) | 500.00 |
| 11/9/2015 | 576 | Oriental | Car Payment | 810.75 |
| 11/9/2015 | 577 | Banco Popular de P.R. | Visa Payment | 200.00 |
| 11/12/2015 | 578 | AEE | AEE Motel | 2,393.05 |
| 10/31/2015 | 572 | Cooperativa San Rafael | Payments Credit Cards | 2,000.00 |
| 11/2/2015 | 6010001607 | BPPR Merchant Fee | Bank Charges | 36.48 |
| 11/2/2015 | 6010010522 | BPPR Merchant Fee | Bank Charges | 27.00 |
| 11/4/2015 | 8000698977 | Harlands Checks Orders | Check Orders | 38.00 |
| 11/12/2015 | 16002889365 | Allied waste Service | Trash Service Disposable | 108.75 |
| 11/18/2015 | 21004450383 | Triple S Vida | Seguro | 18.90 |
| 11/18/2015 | 22004904095 | Dept de Hacienda | IVU | 34.00 |
| 11/18/2015 | 22004918343 | Cofim | IVU Municipal | 3.20 |
| 11/30/2015 | CB | BPPR | Bank Charges | 27.88 |
| 12/1/2015 | 472 | Yehidimar del Pilar | Maintenance | 200.00 |
| 11/30/2015 | 580 | Cooperativa AC de Isabela | Payments (Loan) | 533.81 |
| 11/30/2015 | 582 | Banco Popular de PR | BPPR Payments (Loan) | 500.00 |
| 12/10/2015 | 587 | AEE | AEE Motel | 2,599.97 |
| 12/24/2015 | 588 | Manuel González | Rent | 3,000.00 |
| 12/26/2015 | 590 | Mario Arraiza | Profesional Seervices(Legal) | 1,000.00 |
| 11/24/2015 | 579 | Carritos Golf | Purchases  Gulf Car | 2,177.51 |
| 11/30/2015 | 581 | Cooperativa San Rafael | Payments (Credit Card ,loan) | 2,266.57 |
| 11/30/2015 | 583 | First Bank de P.R. | Payments loan | 1,000.00 |
| 12/1/2015 | 34007799302 | AEE | AEE | 199.51 |
| 12/1/2005 | 34007799305 | AEE | AEE | 117.08 |
| 12/1/2015 | 35008026191 | BPPR Merchant | Fee Bank | 34.89 |
| 12/1/2015 | 35008035161 | BPPR Merchant | Fee Bank | 28.08 |
| 12/4/2015 | 38009700746 | AAA | AAA | 253.33 |
| 12/7/2015 | 41009788400 | Allied Waste | Trash Service Disposable | 107.99 |
| 12/16/2015 | 50002997979 | Departamento de Hacienda | Ivu Estatal | 55.00 |
| 12/16/2015 | 50003025807 | Cofim | Ivu Municipal | 5.25 |
| 12/18/2015 | 51003397967 | Triple S Vida | Insurance | 18.90 |
| 12/30/2015 | CB | BPPR | Bank Charges | 78.05 |
| 12/31/2015 | 592 | Cooperativa de Isabela | Payments loan | 533.81 |
| 1/8/2016 | 593 | AEE | AEE Motel | 2,608.62 |
| 1/12/2016 | 594 | Oriental Bank | Car Payment | 415.26 |
| 1/4/2016 | 595 | Banco Popular de P.R. | BPPR Payments (Loan) | 500.00 |
| 12/31/2015 | 596 | First Bank de P.R. | F. Bank  Payments (Loan) | 1,000.00 |
| 12/31/2015 | 591 | Cooperativa San Rafael | Payments Credit Cards | 1,276.57 |
| 1/4/2016 | 4007489610 | BPPR Merchant | Fee Bank | 35.42 |
| 1/4/2016 | 4007498564 | BPPR Merchant | Fee Bank | 28.08 |
| 1/7/2016 | 7008566023 | Allied Waste | Trash Service Disposable | 107.99 |
| 1/7/2016 | 84066619 | Retiro | Purchases | 60.00 |
|  | CB | BPPR | Bank Charges | 11.15 |

Total :  $ 35,793.58

## MOTEL TROPICAL, INC.
## BALANCE SHEET
## JANUARY 31, 2016

**Assets:**

  **Current Assets:**

| | | |
|---|---|--:|
| Cash | $ | 2,180 |
| Inventory | | 365 |
| | | 2,545 |

  **Fixed Assets:**

| | |
|---|--:|
| Property and equipment - Net | 50,985 |
| Leasehold improvements | 46,500 |
| Total Fixed Assets | 97,485 |
| **Total Assets** | **100,030** |

**Liabilities and Stockholder's Equity:**

  **Current Liabilities**

| | | |
|---|---|--:|
| Accounts payable | $ | 2,113 |
| Payroll Taxes | | 119,789 |
| Taxes payable | | 96,833 |
| Accrued expenses (rent payable) | | 9,000 |
| Credit cards payable | | 9,696 |
| **Total liabilities** | | **237,431** |

  Shareholder's Equity:
    Common stock - $1 par value,
    authorized shares, 1,000 issued

| | |
|---|--:|
| and 50,000 outstanding shares | 50,000 |
| Retained earnings (accumulative deficit) | (187,401) |
| | (137,401) |

| | |
|---|--:|
| **Total Liabilities and Stockholder's Equity** | **$ 100,030** |

## MOTEL TROPICAL, INC.
## SALARIOS 2015

| NOMBRE DE EMPLEADO | | 3/31/2015 | 6/30/2015 | 9/30/2015 | BONO 12/31/2015 | Total Anual |
|---|---|---|---|---|---|---|
| Acevedo Alfredo | 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 | 2,938.00 | 2,938.00 | 2,938.00 | 3,238.00 | 12,052.00 |
| Barreto José | 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 | 2,350.40 | 2,350.40 | 2,350.40 | 2,650.40 | 9,701.60 |
| Muñoz Noel | 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 | 2,938.00 | 2,938.00 | 2,938.00 | 3,238.00 | 12,052.00 |
| Cabán José | 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 | 1,175.20 | 1,175.20 | 2,791.10 | 1,819.24 | 6,960.74 |
| Ortiz Beatriz | 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 | 587.60 | 587.60 | 587.60 | 587.60 | 2,350.40 |
| Pérez Lizandra | 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 | 587.60 | 587.60 | 587.60 | 587.60 | 2,350.40 |
| Pérez Rosaura | 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 | 587.60 | 587.60 | 587.60 | 587.60 | 2,350.40 |
| Ríos Anabelle | 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 | 587.60 | 587.60 | - | - | 1,175.20 |
| Zamot Ferdinand | 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 | 587.60 | 587.60 | 587.60 | 587.60 | 2,350.40 |
| Rivera Yohansen | 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 | 587.60 | 587.60 | - | - | 1,175.20 |
| Cabán Maria | 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 | 1,175.20 | 1,175.20 | 587.60 | 587.60 | 3,525.60 |
| Moises González | 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 | 1,175.20 | 587.60 | 587.60 | | 2,350.40 |
| | | 15,277.60 | $ 14,690.00 | 14,543.10 | 13,883.64 | 58,394.34 |

**Rios Anabell no incluirla en la trimestral, Babilonia 26 oct. 2015**

**Babilonia va a verificar la nómina de José Cabán. 26 oct. 2015**

## MOTEL TROPICAL, INC.
## SALARIOS BRUTOS
### 28 dic. 2015 al 14 de feb. 2016

| Nombre | Seguro Social | 28/dic. /15 10/enero/16 | 11/enero/16 31/enero/15 | 1-Feb-16 2/14/2016 | Total Anual |
|--------|---------------|------------|------------|----------|-------|
| Acevedo Alfredo | XXX-XX-7828 | 452.00 | 678.00 | 452.00 | 1,582.00 |
| Barreto José | XXX-XX-7769 | 361.60 | 542.40 | 361.60 | 1,265.60 |
| Muñoz Noel | XXX-XX-1152 | 452.00 | 678.00 | 452.00 | 1,582.00 |
| Cabán José | XXX-XX-1828 | 429.40 | 644.10 | 429.40 | 1,502.90 |
| Ortiz Beatriz | XXX-XX-9553 | 90.40 | 135.60 | 90.40 | 316.40 |
| Pérez Lizandra | XXX-XX-8502 | 90.40 | 135.60 | 90.40 | 316.40 |
| Pérez Rosaura | XXX-XX-9822 | 90.40 | 135.60 | 90.40 | 316.40 |
| Zamot Ferdinand | XXX-XX-3658 | 90.40 | 135.60 | 90.40 | 316.40 |
| Cabán Maria | XXX-XX-4683 | 90.40 | 135.60 | 90.40 | 316.40 |
| | | 2,147.00 | $ 3,220.50 | 2,147.00 | 7,514.50 |

## SALARIOS NETOS

| Nombre | Seguro Social | 28/dic. /15 10/enero/16 | 11/enero/16 31/enero/15 | 1-Feb-16 2/14/2016 | Total Anual |
|--------|---------------|------------|------------|----------|-------|
| Acevedo Alfredo | XXX-XX-7828 | 416.06 | 624.10 | 416.06 | 1,456.22 |
| Barreto José | XXX-XX-7769 | 332.86 | 499.28 | 332.86 | 1,165.00 |
| Muñoz Noel | XXX-XX-1152 | 416.06 | 624.10 | 416.06 | 1,456.22 |
| Cabán José | XXX-XX-1828 | 395.29 | 592.90 | 395.29 | 1,383.48 |
| Ortiz Beatriz | XXX-XX-9553 | 83.21 | 124.82 | 83.21 | 291.24 |
| Pérez Lizandra | XXX-XX-8502 | 83.21 | 124.82 | 83.21 | 291.24 |
| Pérez Rosaura | XXX-XX-9822 | 83.21 | 124.82 | 83.21 | 291.24 |
| Zamot Ferdinand | XXX-XX-3658 | 83.21 | 124.82 | 83.21 | 291.24 |
| Cabán Maria | XXX-XX-4683 | 83.21 | 124.82 | 83.21 | 291.24 |
| | | 1,976.32 | $ 2,964.48 | 1,976.32 | 6,917.12 |

## COMPUTO SEMANAL NETO

| Nombre | Seguro Social | 11/enero/16 31/enero/15 | 1-Feb-16 2/14/2016 | TOTAL |
|--------|---------------|------------------------|--------------------|-------|
| Acevedo Alfredo | XXX-XX-7828 | 624.10 | 416.06 | 1,040.16 |
| Barreto José | XXX-XX-7769 | 499.28 | 332.86 | 832.14 |
| Muñoz Noel | XXX-XX-1152 | 624.10 | 416.06 | 1,040.16 |
| Cabán José | XXX-XX-1828 | 592.90 | 395.29 | 988.19 |
| Ortiz Beatriz | XXX-XX-9553 | 124.82 | 83.21 | 208.03 |
| Pérez Lizandra | XXX-XX-8502 | 124.82 | 83.21 | 208.03 |
| Pérez Rosaura | XXX-XX-9822 | 124.82 | 83.21 | 208.03 |
| Zamot Ferdinand | XXX-XX-3658 | 124.82 | 83.21 | 208.03 |
| Cabán Maria | XXX-XX-4683 | 124.82 | 83.21 | 208.03 |
| | | $ 2,964.48 | 1,976.32 | 4,940.80 |

## MOTEL TROPICAL, INC.
## SALARIOS 2015

| NOMBRE DE EMPLEADO | | | | | 11/enero/16 31/enero/16 | 1/feb/16 14/feb/16 | Total Anual |
|---|---|---|---|---|---|---|---|
| Acevedo Alfredo | 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 | | | | 678.00 | 452.00 | 1,130.00 |
| Barreto José | 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 | | | | 542.40 | 361.60 | 904.00 |
| Muñoz Noel | 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 | | | | 678.00 | 452.00 | 1,130.00 |
| Cabán José | 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 | | | | 644.10 | 429.40 | 1,073.50 |
| Ortiz Beatriz | 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 | | | | 135.60 | 90.40 | 226.00 |
| Pérez Lizandra | 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 | | | | 135.60 | 90.40 | 226.00 |
| Pérez Rosaura | 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 | | | | 135.60 | 90.40 | 226.00 |
| Zamot Ferdinand | 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 | | | | 135.60 | 90.40 | 226.00 |
| Cabán Maria | 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 | | | | 135.60 | 90.40 | 226.00 |
| | | - | $ | - | 3,220.50 | 2,147.00 | 5,367.50 |

## MOTEL TROPICAL, INC.
## SALARIOS  NOVIEMBRE Y DIC. 2015 Y ENERO 2016

| NOMBRE DE EMPLEADO | | NOV. 2015 | DIC. 2015 | ENERO 2016 | TOTAL |
|---|---|---|---|---|---|
| Acevedo Alfredo | 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 | $ 904.00 | $ 1,430.00 | $ 1,130.00 | $ 3,464.00 |
| Barreto José | 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 | 723.20 | 1,204.00 | 904.00 | 2,831.20 |
| Muñoz Noel | 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 | 904.00 | 1,430.00 | 1,130.00 | 3,464.00 |
| Cabán José | 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 | 858.80 | 1,073.50 | 1,073.50 | 3,005.80 |
| Ortiz Beatriz | 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 | 180.80 | 226.00 | 226.00 | 632.80 |
| Pérez Lizandra | 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 | 180.80 | 226.00 | 226.00 | 632.80 |
| Ríos Anabelle | 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 | 180.80 | 226.00 | 226.00 | 632.80 |
| Rivera Yohansen | 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 | 180.80 | 226.00 | 226.00 | 632.80 |
| Moises González | 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 | 180.80 | 226.00 | 226.00 | 632.80 |
| | | $ 4,294.00 | $ 6,267.50 | $ 5,367.50 | $ 15,929.00 |

# MOTEL TROPICAL, INC.
## LIABILITIES
### JANUARY 31, 2016

| NUMERO DE CUENTA | ACREEDORES | DIRECCION | CONCEPTO DE DEUDA | PAGO MINIMO | BALANCES MOTEL TROPICAL,INC. |
|---|---|---|---|---|---|
| 4549 2579 2319 2872 | VISA BANCO POPULAR CREDIT CARD | BANCO POPULAR DE PR BOX 70100 SAN JUAN PR 00936-8100 | | 1,475.00 | $ 9,696.15 |
| 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 | DEPARTMENT OF THE TREASURY | INTERNAL REVENUE SERVICE LUIS RIVERA CENTRO NOVIOS PLAZA BLDG. 475 HOSTOS AVE. SUITE 207 MAYAGUEZ P.R. 00680-1554 INTERNAL REVENUE SERVICE KANSAS CITY, MO 64999-0202 PO | EMBARGO A LA COOPERATIVA SAN RAFAEL | | $ 84,873.58 |
| 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 | DEPARTMENT OF THE TREASURY | Internal Revenue Services Kansas City, MO 64999-0202 | 941-PR 09-30-2015 | | 2,225.00 |
| 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 | DEPARTMENT OF THE TREASURY | Internal Revenue Services Kansas City, MO 64999-0202 | 941-PR 12-31-2015 | | 2,124.19 |
| 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 | DEPARTMENT OF THE TREASURY | Internal Revenue Services Kansas City, MO 64999-0202 Kansas | 940-PR 2015 | | 273.53 |
| SUB-TOTAL | | | | | $ 89,496.30 |
| 302040289 | COMPAÑIA DE TURISMO | PO BOX 9024000 JUAN P.R 00902-4000 SAN | IMPUESTO HOTELERO | | 74,749.50 |
| 302040289 | COMPAÑIA DE TURISMO | PO BOX 9024000 JUAN P.R 00902-4000 SAN | IMPUESTO HOTELERO JANUARY 2016 | | 1,929.78 |
| SUB-TOTAL | | | | | $ 76,679.28 |
| 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 | DEPARTAMENTO DE HACIENDA | DISTRITO DE COBROS DE CONTRIBUCIONES 50 CALLE NENADICH W STE 211 MAYAGUEZ PUERTO RICO 00680-3662 | PENALIDAD 2014 | | 20,154.05 |
| 3125030008 | DEPT DEL TRABAJO Y RECURSOS HUMANOS | NEGOCIADO DE SEGURIDAD EN EL EMPLEO P.O. BOX 1020 SAN JUAN P.R 00919-1020 | DESEMPLEO E INCAPACIDAD | | $ 25,218.89 |
| 3125030008 | DEPT DEL TRABAJO Y RECURSOS HUMANOS | NEGOCIADO DE SEGURIDAD EN EL EMPLEO P.O. BOX 1020 SAN JUAN P.R 00919-1020 | DESEMPLEO E INCAPACIDAD 03-31-2015 | | 916.16 |
| 3125030008 | DEPT DEL TRABAJO Y RECURSOS HUMANOS | NEGOCIADO DE SEGURIDAD EN EL EMPLEO P.O. BOX 1020 SAN JUAN P.R 00919-1020 | DESEMPLEO E INCAPACIDAD 06-30-2015 | | 881.40 |
| 3125030008 | DEPT DEL TRABAJO Y RECURSOS HUMANOS | NEGOCIADO DE SEGURIDAD EN EL EMPLEO P.O. BOX 1020 SAN JUAN P.R 00919-1020 | DESEMPLEO E INCAPACIDAD 09-30-2015 | | 673.91 |
| 3125030008 | DEPT DEL TRABAJO Y RECURSOS HUMANOS | NEGOCIADO DE SEGURIDAD EN EL EMPLEO P.O. BOX 1020 SAN JUAN P.R 00919-1020 | DESEMPLEO E INCAPACIDAD 12-31-2015 | | 299.36 |
| SUB-TOTAL | | | | | $ 27,990.72 |

| Customer Account Babilonia-004 | 9311 000340 | | | |
|---|---|---|---|---|
| MANUEL GONZALEZ VALENTIN | CFSE | ACEVEDO SOLAR SYSTEM | | |
| ISABELA, PUERTO RICO | OFICINA REGIONAL DE AGUADILLA PO BOX 336 AGUADILLA  PR 00605-0336 | PO BOX 1344 MOCA PR 00676 | | |
| RENTA DEL MOTEL | POLIZA | SISTEMA SOLAR | | |
| $ 9,000.00 | $ 2,302.00 | $ 2,113.20 | | |

**TOTAL** $ 237,431.70

# MOTEL TROPICAL, INC.

| FINANCIAL INSTITUTION | ADDRESS | ACCOUNT NUMBER |
|---|---|---|
| SAN RAFAEL COOPERATIVE | Apartado 1531 Quebradillas PR 00678 | 66053 |
| BPPR | San Juan, PR | 338-219680 |
| | | |
| | | |

**Fill in this information to identify the case:**

Debtor name **Motel Tropical Inc.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known) **3:16-bk-966**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  internal revenue service**
Creditor's Name

Describe debtor's property that is subject to a lien

**$84,873.58**   **$0.00**

**PO Box 219690
Kansas City, MO
64121-9690**
Creditor's mailing address

Describe the lien

**lien on account with Cooperativa  San Rafael**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
3070**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$84,873.58** |
|---|---|---|

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name       **Motel Tropical Inc.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)    **3:16-bk-966**

☐ Check if this is an
   amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Departamento deltrabajo y
Recursos Human**

**PO Box 1020
San Juan, PR 00919-1020**

Date or dates debt was incurred
**03/31/2015**

Last 4 digits of account number **0008**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$916.16**    Priority amount **$916.15**

**2.2** Priority creditor's name and mailing address

**Departamento deltrabajo y
Recursos Human**

**PO BOX 1020
San Juan, PR 00919-1020**

Date or dates debt was incurred
**09/30/2015**

Last 4 digits of account number **0008**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PR Uemployment & DIssability**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$673.91**    Priority amount **$673.91**

| Debtor | **Motel Tropical Inc.** | Case number (if known) | **3:16-bk-966** |
|--------|-------------------------|------------------------|-----------------|
|        | Name                    |                        |                 |

---

**2.3** Priority creditor's name and mailing address
**Departamento deltrabajo y Recursos Human**

PO BOX 1020
San Juan, PR 00919-1020

Date or dates debt was incurred
**12/31/2015**

Last 4 digits of account number **0008**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PR Unemployment and Dissability**

Is the claim subject to offset?
■ No
☐ Yes

$299.36   $0.36

---

**2.4** Priority creditor's name and mailing address
**DEPARTAMENTO HACIENDA**

PO BOX 9024140
SAN JUAN PR, PR 00902-4140

Date or dates debt was incurred

Last 4 digits of account number **3070**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Penalty IVU**

Is the claim subject to offset?
■ No
☐ Yes

$0.00   $0.00

---

**2.5** Priority creditor's name and mailing address
**Dept. del Traabajo & Recursos Humanos**

PO BOX 1020
San Juan, PR 00919-1020

Date or dates debt was incurred

Last 4 digits of account number **0008**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**unemployment and disabilitiy taxes**

Is the claim subject to offset?
■ No
☐ Yes

$25,219.89   $25,219.89

---

**2.6** Priority creditor's name and mailing address
**Deptartamento del Trabajo y Recursos Hum**

PO BOX 1020
San Juan, PR 00919-1020

Date or dates debt was incurred
**06/30/2015**

Last 4 digits of account number **0008**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PR unemployment &  Disability**

Is the claim subject to offset?
■ No
☐ Yes

$881.40   $0.00

---

| Debtor | **Motel Tropical Inc.** | Case number (if known) | **3:16-bk-966** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,225.00 | $0.00 |
|---|---|---|---|---|

**internal revenue service**

**PO Box 219690**
**Kansas City, MO 64121-9690**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **941 - PR 2015** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,124.19 | $2,124.19 |
|---|---|---|---|---|

**internal revenue service**

**PO Box 219690**
**Kansas City, MO 64121-9690**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **941-pr-2015** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $273.00 | $273.00 |
|---|---|---|---|---|

**internal revenue service**

**PO Box 219690**
**Kansas City, MO 64121-9690**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **941-2015** |

Last 4 digits of account number **3070**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74,749.50 | $0.00 |
|---|---|---|---|---|

**Tourism Company**

**PO Box 9024000**
**San Juan, PR 00902-4000**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Room tax debt** |

Last 4 digits of account number **0289**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Motel Tropical Inc.** | | Case number (if known) | **3:16-bk-966** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,929.78 | $1,929.78 |
|---|---|---|---|---|

2.11  Priority creditor's name and mailing address

**Tourism Company**

PO Box 9024000
San Juan, PR 00902-4000

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,929.78   $1,929.78

Date or dates debt was incurred
**January 2016**

Basis for the claim:
**Room Tax January 2016**

Last 4 digits of account number **0289**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

**Acevedo Solar System**

PO Box 1344
Moca, PR 00676-1344

Date(s) debt was incurred ___

Last 4 digits of account number **a004**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **solar system**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,113.20**

---

**3.2**  Nonpriority creditor's name and mailing address

**BANCO POPULAR**

PO BOX 70100
SAN JUAN, PR 00936-8100

Date(s) debt was incurred ___

Last 4 digits of account number **2872**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **credit card debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$9,696.15**

---

**3.3**  Nonpriority creditor's name and mailing address

**Banco Popular de Puerto Rico**
**Banco Popular- Mortgage Servicing**
PO Box 362708
San Juan, PR 00936-2708

Date(s) debt was incurred **2003**

Last 4 digits of account number **1etc**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **co debtor to loan disbursed to Manuel Babilonia & Mirta Cortes**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,503,932.77**

---

**3.4**  Nonpriority creditor's name and mailing address

**CFSE**

PO Box 336
Aguadilla, PR 00605-0336

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **yearly premiums**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,302.00**

---

**3.5**  Nonpriority creditor's name and mailing address

**Fondo del Seguro del Estado**

PO Box 336
Aguadilla, PR 00605-0336

Date(s) debt was incurred **2015**

Last 4 digits of account number **0340**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CFSE policy**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,303.00**

---

| Debtor | **Motel Tropical Inc.** | Case number (if known) | **3:16-bk-966** |
|--------|------------------------|------------------------|-----------------|
|        | Name                   |                        |                 |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|-----|-----|-----|-----|

**Manuel Gonzalez Valentin**

□ Contingent
□ Unliquidated
□ Disputed

**243 Calle Oscala**
**Isabela, PR 00662**

**Basis for the claim:** arreas on rental property

Date(s) debt was incurred __

Is the claim subject to offset? ■ No □ Yes

Last 4 digits of account number __

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,154.05** |
|-----|-----|-----|-----|

**Puerto Rico Treasury Dept**

□ Contingent
□ Unliquidated
□ Disputed

**Po Box 9024140**
**San Juan, PR 00902-4140**

**Basis for the claim:** Penalty 2014

Date(s) debt was incurred  2014

Is the claim subject to offset? ■ No □ Yes

Last 4 digits of account number  3070

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BANCO POPULAR**<br>**Calle Mendez Vigo 17-0 Mayaguez, PR 0068** | Line  3.3 <br><br>□ Not listed. Explain ____ | 1etc |
| 4.2 | **Banco Popular de Puerto Rico**<br>**PO Box 2633 Box 2633**<br>**Mayaguez, PR 00681-2633** | Line  3.3 <br><br>□ Not listed. Explain ____ | 1etc |
| 4.3 | **Distrito de Cobros de Contribuciones**<br>**Distrito de cobros de contribuciones**<br>**50 Calle Nenadich W Ste 211**<br>**Mayaguez, PR 00680-3662** | Line  2.4 <br><br>□ Not listed. Explain ____ | 3070 |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 109,292.19 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,549,501.17 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 1,658,793.36 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Motel Tropical Inc.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)    **3:16-bk-966**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Rental agreement on Motel Property** | |
|    State the term remaining | **Manuel Gonzalez Valentin** |
|    List the contract number of any government contract | **243 Calle Oscala**<br>**Isabela, PR 00662** |

**Fill in this information to identify the case:**

Debtor name __**Motel Tropical Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF PUERTO RICO, SAN JUAN DIVISION__

Case number (if known) __**3:16-bk-966**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Manuel Babilonia - Santiago** | **Box 4061 Isabela, PR 00662** | **Banco Popular de Puerto Rico** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.2 | **Mirta COrtes-Ramos** | **PO Box 1194 Box 1194 Quebradillas, PR 00678-1194** | **Banco Popular de Puerto Rico** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name  **Motel Tropical Inc.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)   **3:16-bk-966**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*..................................................................   $ _____ **0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*..............................................................   $ _____ **95,372.00**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................   $ _____ **95,372.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____ **84,873.58**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................   $ _____ **109,292.19**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____ **1,549,501.17**

4.   Total liabilities .........................................................................................
   Lines 2 + 3a + 3b          $   **1,743,666.94**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com