TO: CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF MEETING OF CREDITORS

CASE NAME: *Motel Tropical, Inc.*  CASE NUMBER: 16-00966

CHAPTER: 11

JUDGE: BKT

DATE OF MEETING: 3/18/16  TIME OF MEETING: 10:00 a.m.

TRACK NUMBER: 01

METER READING
START: 0:00 (hr:min)
END: 0:23 (hr:min)

1) DEBTOR:
   (X) PRESENT
   ( ) NOT PRESENT
   ( ) SPOUSE NOT PRESENT

2) DEBTOR'S ATTORNEY:
   (X) PRESENT
   ( ) NOT PRESENT

3) CREDITORS:
   (X) PRESENT (See attachment)
   ( ) NOT PRESENT

4) TRUSTEE:
   ( ) HAS BEEN APPOINTED
       NAME OF TRUSTEE: _____
   (X) HAS NOT BEEN APPOINTED

5) UNSECURED CREDITORS COMMITTEE:
   ( ) HAS BEEN APPOINTED
   (X) HAS NOT BEEN APPOINTED

6) SCHEDULES:
   (X) HAVE BEEN FILED
   ( ) HAVE NOT BEEN FILED

7) STATEMENT OF FINANCIAL AFFAIRS:
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

8) INVENTORY OF THE PROPERTY OF THE DEBTOR'S ESTATE:
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

9) PROOF OF CLOSING PRE-PETITION BANK ACCOUNTS:
   ( ) HAS BEEN FILED
   (X) HAS NOT BEEN FILED (7 days)

10) PROOF OF OPENING DEBTOR IN POSSESSION BANK ACCOUNTS:
    ( ) HAS BEEN FILED
    (X) HAS NOT BEEN FILED (7 days)

11) TAX RETURNS LAST TWO YEARS:
    (X) HAVE BEEN FILED
    ( ) HAVE NOT BEEN FILED

12) FINANCIAL STATEMENT(s) LAST TWO YEARS:
    ( ) HAVE BEEN FILED
    (X) HAVE NOT BEEN FILED

13) RENT ROLL:  N/A
    ( ) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

14) PROOF OF INSURANCE:
    (X) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

15) MEETING:
    (X) CLOSED
    ( ) CONTINUED TO:
    DATE: _____
    TIME: _____

- 2 -

16) COMMENTS:

- Debtor within 7 days will amend:
  - Sch. A/B → equipment / inventory
  - SOFA #1
- Debtor will verify if small business and amend Petition.

(Filed Electronically)

OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444 / Fax: (787) 729-7449

3/18/16
Date

Motel Tropical, Inc.
16-00966

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Eduardo M. Veray | Banco Popular | eduardoveray@popular.com | | |
| Iván Díaz | Co. Turismo | ivan.diazcarrasquillo@tourism.pr.gov | | |
| Isabel M Fullana | - abogada deudor | | 787-766-2530 | |